448 A.2d 1171

Commonwealth v. Jones, Appellant.

Sub-
mitted March 23, 1982.   Marilyn C. Zilli, Assistant Public
Defender, for appellant;   William A. Behe, Deputy District
Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.

448 A.2d 1171

Commonwealth v. Kahley, Appellant.
Petition for Allowance of Appeal Denied Nov. 5, 1982.

Submitted September 9, 1981.   Leonard J.
Gajewski, for appellant;   George C. Yatron, District Attor-
ney, for Commonwealth, appellee.

Before HESTER, McEWEN and CIRILLO, JJ.

Order denying post conviction relief is hereby affirmed.